01
02
03
04
05
06
07
08
09
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 12  MICHAEL WYLES, | )   Case No. C07-252-JPD |
| 13           Plaintiff, | ) |
| 14      v. | ) |
| 15  MICHAEL J. ASTRUE, Commissioner, | )   MINUTE ORDER |
|      Social Security Administration, | ) |
| 16           Defendant. | ) |
| 17  _____ | ) |

18   The following minute order is made at the direction of the Court, the Honorable James

19 P. Donohue, United States Magistrate Judge. On February 15, 2007, plaintiff filed an

20 application to proceed *in forma pauperis* ("IFP")in his civil action against Commissioner of the

21 Social Security Administration. Dkt. No. 1. However, the following deficiencies have been

22 noted:

23   (1)   A "Written Consent for Payment of Costs" is missing. The filing of such a form

24 is required by Local Rule CR3(b)(2). The plaintiff is hereby ordered to complete and return

25 the amended IFP application to the Clerk's office **no later than March 21, 2007**. Otherwise,

26 the action may be subject to dismissal. Forms are available in the Clerk's office and online at

http://www.wawd.uscourts.gov/ReferenceMaterials/Forms.htm.

(2)     Plaintiff is also reminded to specify the amount received from his "permanent partial disability" checks as noted in his (incomplete) answers to Questions 2 and 3.

(3)     The Clerk is directed to send copies of this Order to the parties.

DATED this 21st day of February, 2007.

        Bruce Rifkin
        Clerk of the Court


        /s/  Peter H. Voelker
        PETER H. VOELKER
        Deputy Clerk