UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL WYLES,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. 2:07-cv-252-RSL-JPD<br><br><br>ORDER FOR REMAND |

　　　Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge (ALJ) will further evaluate the opinions of Richard Washburn, Ph.D., and Patricia Falsetto, MA, CDP, LMHC, pursuant to the provisions of 20 C.F.R. § 416.927, and explain the weight given to such opinion evidence. The ALJ will give further consideration to Plaintiff's residual functional capacity as necessary. Supplemental evidence from a vocational

Page 1　　ORDER- [2:07-cv-252-RSL-JPD]

expert will also be obtained. The ALJ will take any other actions necessary to develop the record and issue a new decision. Plaintiff will be afforded the opportunity to submit additional evidence and argument.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 10th day of September, 2007.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

Recommended for Entry this
8th day of August, 2007:

s/ JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE


Presented by:

s/ RICHARD A. MORRIS  WSB # 33780
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2156
FAX: (206) 615-2531
Rick. Morris@ssa.gov

Page 2     ORDER- [2:07-cv-252-RSL-JPD]